# United States District Court

for

**CENTRAL DISTRICT OF ILLINOIS**

Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| **NAME/ADDRESS OF OFFENDER:** | Scott B. Boatman<br>C/O Rits II<br>405 Perry Avenue<br>Peoria, IL 61603 |
| **CASE NUMBER:** | 03-30111-001 |
| **SENTENCING JUDICIAL OFFICER:** | Jeanne E. Scott<br>U.S. District Judge |
| **DATE OF ORIGINAL SENTENCE:** | July 14, 2004 |
| **ORIGINAL OFFENSE:** | Possession of Child Pornography; Coercion and Enticement |
| **ORIGINAL SENTENCE:** | 86 months imprisonment, life-time term of supervised release, with special conditions: 1) No unsupervised contact with minor children under the age of 18; 2) Participate in a sex offender treatment program; 3) Participate in psychiatric services and/or a program of mental health counseling; 4) Participate in a program of job training or employment counseling; 5) 20 hours community service work if unemployed; 6) No weapons; 7) Sex offender registration; 8) Not receive or transmit child pornography via the Internet or visit any website containing pornography, install filtering software. |
| **TYPE OF SUPERVISION:** | Supervised release |
| **DATE SUPERVISION TO COMMENCE:** | October 11, 2010 |

---

**PETITIONING THE COURT**

[ ]   To extend the term of supervision for  years, for a total term of  years.
[x]   To modify the conditions of supervision as follows:

Special Condition No. 9: At the direction of and in the discretion of the U.S. Probation Office, you shall reside for up to 120 days in community confinement to commence on a date and at a facility designated by the Bureau of Prisons and shall abide by the rules of the facility.

**CAUSE**

On September 13, 2010, the probation office was contacted by Jane Sheen, Residents in Transitions II (RITs II) Case Manager, who indicated offender Boatman is

scheduled to be released from the RITs II on October 10, 2010.  The offender's family is unable to provide residence for the offender.  The offender will have no place of residence.

The probation office believes this 120-day public law commitment will allow offender Boatman the opportunity to obtain housing and secure employment.  It will also provide a secure and structured setting for the probation office to maintain community supervision of the offender.

This officer has discussed the proposed modification with offender Boatman.  He has agreed to it and acknowledged his understanding by signing the Waiver of Hearing to Modify the Conditions of Supervised Release, which is attached.

>                             Respectfully submitted,
>
>                             s/Patrick M. Howard
>
>                             U.S. Probation Officer
>                             Date: September 24, 2010

PMH/js

---

THE COURT ORDERS:

[   ] No Action
[   ] The Extension of Supervision as Noted Above
[ X ] The Modification of Conditions as Noted Above
[   ] Other

>                             s/Richard Mills
>                             Richard Mills
>                             U.S. District Judge
>                             Date: September 24, 2010

PROB 49
(3/89)

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## Central District of Illinois

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

```
Special Condition No. 9:  At the direction of and in the discretion of
the U.S. Probation Office, you shall reside up to 120 days in community
confinement to commence on a date and at a facility designated by the
Bureau of Prisons and shall abide by the rules of the facility.  Per
order of the Court, the subsistence fee is waived.
```

Witness:   s/Patrick M. Howard            Signed: s/Scott B. Boatman
              PATRICK M. HOWARD                      SCOTT B. BOATMAN
              U.S. Probation Officer                 Supervised Releasee

Date:  September 24, 2010

:js