CD/IL PROB 12B
(Rev. 12/12)

# United States District Court
## for the
## CENTRAL DISTRICT OF ILLINOIS

### Request for Modifying the Conditions or Term of Supervision
### With Consent of the Offender

(Probation Form 49, Waiver of Hearing is Attached)

| | |
|---|---|
| NAME/ADDRESS OF OFFENDER | Scott B. Boatman |
| CASE NUMBER | 03-30111-1 |
| SENTENCING JUDICIAL OFFICER | Jeanne E. Scott<br>U.S. District Judge |
| DATE OF ORIGINAL SENTENCE | 07/14/2004 |
| ORIGINAL OFFENSE | Count 1: Possession of Child Pornography<br>Count 2: Coercion and Enticement |
| ORIGINAL SENTENCE | 86 months custody followed by lifetime supervised release |
| TYPE OF SUPERVISION | Term of Supervised Release |
| DATE SUPERVISION COMMENCED | 10/08/2010 |

## PETITIONING THE COURT

☐ To extend the term of supervision for years, for a total term of years.

☒ To modify the conditions of supervision as follows:

Delete Special Condition No. 1: The defendant shall have no unsupervised contact with minor children under the age of 18, and replace it with the following Special Condition No. 1: You shall have no contact with any person under the age of 18 except: (1) in the presence of a responsible adult who is aware of the nature of your background and current offense, and who has been approved by the U.S. Probation Office; (2) in the course of normal commercial business; or (3) in other cases of unintentional and incidental contact.

## CAUSE

On September 8 and December 13, 2013, offender Boatman failed maintenance polygraph examinations to determine his compliance with conditions of supervised release. In the polygraph administered on September 8, 2013, offender Boatman was asked if he had been alone with any minor children since his last polygraph examination in November 2012. Offender Boatman's response indicated a significant response of deception. In the polygraph administered on December 13, 2013, offender Boatman was asked if he had been alone on purpose with any minor child since November 2012; since November 2012 had he intentionally been alone with any minor child; and had he planned to be alone with any minor child since

November 2012. Offender Boatman's response to each question indicated a significant response of deception.

On December 16, 2013, offender Boatman was interviewed regarding his polygraph examination and denied any contact with minor children.

Offender Boatman is presently participating in monthly sex offender treatment. His failed polygraphs are being addressed through treatment. Offender Boatman will be scheduled for another polygraph examination in six months.

This officer has discussed the proposed modification with offender Boatman. He has agreed to it and acknowledged his understanding by signing the Waiver of Hearing to Modify the Conditions of Supervised Release, which is attached.

Respectfully submitted,

s/Patrick M. Howard

Patrick M. Howard
U.S. Probation Officer
February 18, 2014

PMH:js

THE COURT ORDERS:

- ☐ No Action.
- ☐ The Extension of Supervision as Noted Above.
- ☒ The Modification of Conditions as Noted Above.
- ☐ Other.

Richard Mills
U.S. District Judge
Date: **February 19, 2014**

PROB 49
(3/89)

# United States District Court
## Central District of Illinois

### Waiver of Hearing to Modify Conditions
### Of Probation/Supervised Release or Extend Term of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision.

Delete Special Condition No. 1: The defendant shall have no unsupervised contact with minor children under the age of 18.

Replace it with the following Special Condition No. 1: You shall have no contact with any person under the age of 18 except: (1) in the presence of a responsible adult who is aware of the nature of your background and current offense, and who has been approved by the U.S. Probation Office; (2) in the course of normal commercial business; or (3) in other cases of unintentional and incidental contact.

Witness:    s/Patrick M. Howard          Signed:    s/Scott B. Boatman
                Patrick M. Howard                              Scott B. Boatman
                *(U.S. Probation Officer)*                       *(Probationer/Supervised Releasee)*

**February 19, 2014**
*(Date)*