**E-FILED**
Monday, 06 February, 2017  12:32:48 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## for
## CENTRAL DISTRICT OF ILLINOIS

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| NAME/ADDRESS OF OFFENDER | Scott B. Boatman<br><br>Bloomington IL 61701 |
| CASE NUMBER | 03-CR-30111-001 |
| SENTENCING JUDICIAL OFFICER | Jeanne E. Scott<br>U.S. District Judge |
| ORIGINAL SENTENCE DATE | July 14, 2004 |
| ORIGINAL OFFENSE | Count 1. Possession of Child Pornography<br>Count 2. Coercion and Enticement<br>Count 3. Forfeiture |
| ORIGINAL SENTENCE | July 14, 2004 |
| TYPE OF SUPERVISION | Term of Supervised Release |
| DATE SUPERVISION COMMENCED | October 8, 2010 |
| ASSISTANT U.S. ATTORNEY | Gregory K. Harris |
| DEFENSE ATTORNEY | Karl R. Bryning |

---

## PETITIONING THE COURT

☒      To issue a warrant

☐      To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

**VIOLATION**
 **NUMBER**          **NATURE OF NONCOMPLIANCE**

1.              **LAW VIOLATION: FAILURE TO REGISTER AS REQUIRED BY ILLINOIS SEX OFFENDER REGISTRATION ACT**

                **MANDATORY CONDITION:** The defendant shall not commit another federal, state, or local crime.

                On about January 17, 2017, offender Boatman failed to register as required by Illinois Sex Offender Registration Act.  On November 17, 2016, offender Boatman was notified of his duty to register, as required by Illinois Sex Offender Registration Act, on January 13, 2017, by Bloomington, Illinois, Police Department Registering Official, Vickie Miller.  Offender Boatman was arrested and charged with Failure to Report Annually in McLean County, Illinois, Circuit Court, Case No. 17-CF-37.  On January 18, 2017, offender Boatman appeared in McLean County

Circuit Court and was released on $20,000 bond less 10%. Offender Boatman is scheduled to appear in court for Status Hearing on March 2, 2017.

2.     **POSSESSION OF AN UNMONITORED COMPUTER**

**STANDARD CONDITION NO. 8:** The defendant shall not receive or transmit child pornography via the internet or visit any web site, including chat rooms or bullet boards, containing any pornography, including child pornography. He shall install filtering software on any computer he possesses or uses which will monitor/block access to sexually oriented websites. He shall allow the probation officer unannounced access to any computer he possesses or uses to verify that the filtering software is functional.

On about January 18, 2017, during a telephonic interview, offender Boatman admitted to U.S. Probation Officer Patrick Howard that he purchased and possessed an unmonitored computer. Offender Boatman admitted that he purchased a laptop computer in January 2017. Offender Boatman admitted that he knew he had to report any computer purchase and that he needed to have monitoring software installed on said computer in order to have it in his possession. Offender Boatman reported that he purchased the laptop computer in order to play video games. Offender Boatman failed to explain why he did not report purchasing the laptop computer.

**U.S. Probation Officer Recommendation:**

☒     The term of supervision should be
☒     revoked
☐     extended for year, for a total of years.

☐     The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

s/Patrick M. Howard

Patrick M. Howard
U.S. Probation Officer
February 1, 2017

PMH:pmh

**THE COURT ORDERS:**

☐ No action

☒ The issuance of a warrant

☐ The issuance of a summons

☐ Other: _____


_____*s/ Tom Schanzle-Haskins*_____

Tom Schanzle-Haskins
U.S. Magistrate Judge
Date:  ___February 6, 2017_____