2014 Tracy Dr. Apt. 1
Bloomington, IL 61704
02 February 2022

Hon. Sue E. Myerscough
319 U.S. Courthouse
600 E. Monroe Street
Springfield, IL 62701

Hon. Judge Myerscough,

    This letter is to request to be released from lifetime federal supervision.
    When I committed my crimes, I was only thinking about myself. I was isolating myself all the time and was pushing everyone away. I told myself that there was nothing wrong with me.
    I sought people I thought needed my help and people that were younger than me who had problems at home. I felt I had a connection with them so I tried to get close to them as a friend, someone they could talk to and depend on.
    The sexual abuse I suffered from my father misguided me into inappropriate social interactions and therapy helped me understand appropriate interactions and affection. I also understand that it was my choice to commit the crimes.
    Since my release from prison, I have been a willing participant in therapy. Due to therapy, I now understand the cycle of abuse that led to my offense.
    Therapy has taught me to recognize red flags and triggers that might lead to a relapse, and strategies for managing those warning signs. I have worked hard to break down the cycle, including working on my self-esteem which was very low. My low self-esteem led me to seek out someone I could relate to, and I thought I could only relate to those younger than me.
    Today, I have much better self-esteem and a positive attitude. I work on it every day by looking in the mirror and saying something positive about myself, and I put energy into my job. My previous boss helped push me to work with customers, be more outgoing, and be more confident in my abilities and my interactions with the public. This has also helped my self-esteem and now I crave adult connections, look for appropriate relationships, and seek appropriate ways to show affection.
    I have several safety plans that I use to help me keep doing the right things.
    One safety plan I use is at work. If a costumer comes in with a minor I will have one of my co-workers help the customers while I go outside and have a break, and then I will go help someone else.
    Another plan I use is for shopping. I make a list and give myself a time limit to get it done and I stay away from any section that is for kids. I also let any adult know where I'm going.
    I understand you must do what you believe to be best for the community. I understand that I need to continue to work to make sure I do not relapse, but I believe that I no longer need to be on lifetime supervision.

Sincerely,
SCOTT BOATMAN

*Scott O Boatman*

Scott B. Bratcher
2014 Tracy Dr Apt 1
Bloomington, IL 61704

Hon. Sue E. Myerscough
319 U.S. Courthouse
600 E. Monroe Street
Springfield, IL 62701

62701-162295



CHAMPAIGN IL 618
8 FEB 2022 PM 5 L